# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CLARICE M. MADDOX, | : | Case No. 3:23-cv-48 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MIKE FOLEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. #1) is **DENIED**; and

2. Plaintiff is **ORDERED** to pay the $402.00 filing fee within **FOURTEEN (14) DAYS** if she intends to proceed with her suit.

May 31, 2023                                                      s/Thomas M. Rose
                                                                  Thomas M. Rose
                                                                  United States District Judge